**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 08  C  1554

LAND O' FROST, INC. and LAND O' FROST, INC.
EMPLOYEE BENEFIT PLAN,            Plaintiffs,

v.

ADMINONE CORPORATION,            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Adminone Corporation N/K/A Resource One Administrators

                                                   Judge Coar
                                                   Magistrate Judge Mason

| NAME (Type or print) |
|---|
| Victor J. Piekarski |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Victor J. Piekarski |

| FIRM |
|---|
| SmithAmundsen, LLC |

| STREET ADDRESS |
|---|
| 150 N. Michigan Avenue, Suite 3300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 2203855 | 312/894-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |