#3007299-GEA/GZ                                                                          ARDC 6279527

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LAND O'FROST, INC. and LAND O' FROST, INC. EMPLOYEE BENEFIT PLAN,** | |
| Plaintiffs, | |
| v. | No. 08 C 1554 |
| **ADMINONE COPRORATION,** | Judge Coar<br>Magistrate Judge Mason |
| Defendant. | |

**MOTION FOR LEAVE TO FILE**

Now comes the defendant, Adminone Corporation, by its attorneys SmithAmundsen, LLC, and moves this Honorable Court for leave to file *instanter* its Answer and Affirmative defenses to Plaintiffs' Third Amended Complaint at Law pursuant to Federal Rule of Civil Procedure 15(a).

Respectfully Submitted,

By:   s/GaryZhao_____
Gary Zhao, Attorney for Defendant
ARDC #6279527

Gary Zhao
Smith Amundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
312.894-3200
312.894-3210 F