#3007299-GEA/GZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAND O'FROST, INC. and LAND O' FROST, INC. EMPLOYEE BENEFIT PLAN, | |
| Plaintiffs, | |
| v. | No. 08 C 1554 |
| ADMINONE COPRORATION, | Judge Coar |
| | Magistrate Judge Mason |
| Defendant. | |

## NOTICE OF MOTION

TO:   Richard Winter, Holland & Knight LLP,
      131 S. Dearborn Street, 30th Floor
      Chicago, IL 60603,
      312/715-5796; F 312/578-6666
      rich.winter@hklaw.com

**PLEASE TAKE NOTICE THAT** on **July 9, 2008 9:00a.m.**, we shall appear before the **Honorable Judge Coar** in **Room 1903**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion for Leave to File** a copy which is hereby served upon you.

                                                Respectfully submitted,

                                                /s/ Gary Zhao - 6279527
                                                SMITHAMUNDSEN LLC
                                                150 North Michigan Avenue, Suite 3300
                                                Chicago, IL 60601-1635
                                                Attorney for the Defendant
                                                (312) 894-3200 (Telephone)
                                                (312) 894-3210 (Fax)