# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Land O'Frost, Inc., et al.

                              Plaintiff,

v.                                              Case No.: 1:08−cv−01554
                                                Honorable David H. Coar

Adminone Corporation

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

        MINUTE entry before the Honorable David H. Coar: MOTION by Defendant
Adminone Corporation for extension of time to file answer [12] is denied. Motion hearing
held on 7/9/2008 regarding motion for extension of time to file answer.[12] Mailed
notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.