**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number:   08 CV 01554

Land O'Frost, Inc. v. AdminOne

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Land O'Frost, Inc. and Land O'Frost Employee Benefit Plan

| | |
|---|---|
| NAME (Type or print) <br> Suzanne E. Rollier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/Suzanne E. Rollier | |
| FIRM            Holland & Knight LLP | |
| STREET ADDRESS       131 South Dearborn Street | |
| CITY/STATE/ZIP        Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6283865 | TELEPHONE NUMBER       312 263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")     No | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")     No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")     No | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")     No | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL              APPOINTED COUNSEL | |

# 5463124_v1