#3007299-GEA/GZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAND O'FROST, INC. and LAND O' FROST, INC. EMPLOYEE BENEFIT PLAN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ADMINONE COPRORATION,<br><br>　　　　　　　Defendant. | No. 08  C  1554<br><br>Judge Coar<br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO:   Richard Winter, Holland & Knight LLP,
　　　131 S. Dearborn Street, 30th Floor
　　　Chicago, IL  60603,
　　　312/715-5796; F 312/578-6666
　　　rich.winter@hklaw.com

　　**PLEASE TAKE NOTICE THAT** on **July 14, 2008 9:00a.m.**, we shall appear before the **Honorable Judge Coar** in **Room 1903**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion for Leave to File** a copy which is hereby served upon you.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/  Gary Zhao - 6279527
　　　　　　　　　　　　　　　　SMITHAMUNDSEN LLC
　　　　　　　　　　　　　　　　150 North Michigan Avenue, Suite 3300
　　　　　　　　　　　　　　　　Chicago, IL 60601-1635
　　　　　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　　　　　(312) 894-3200 (Telephone)
　　　　　　　　　　　　　　　　(312) 894-3210 (Fax)