IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAND O' FROST, INC. and <br> LAND O' FROST, INC. <br> EMPLOYEE BENEFIT PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> ADMINONE CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.08 C 1554 <br> ) <br> ) Judge David H. Coar <br> ) <br> ) |

**PROPOSED SCHEDULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before August 15, 2008..

B. Any amendments to pleadings or actions to join other parties shall be filed on or before October 1, 2008.

(It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

C. The cutoff of fact discovery is January 30, 2009.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before April 30, 2009. Alternatively, should the Court permit, Defendant suggests the disclosures be staggered such that Plaintiffs make their disclosure on March 30, 2009 and Defendant makes its disclosure on April 30, 2008; Plaintiffs does not object to this proposal.

E. The parties may depose the other side's expert at any time prior to June 15, 2009.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to July 15, 2009.

G. The parties shall have until August 17, 2009 to depose the opposing party's rebuttal expert.

## 2. Motions

Any dispositive motions to be filed on or before March 2, 2009. (Ordinarily this date will be 30 days following the close of fact discovery.)

## 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before September 30, 2009. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

## 4. Trial

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

## 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on November 3, 2008.

_____
**Honorable David H. Coar**
**United States District Judge**

## CERTIFICATE OF SERVICE

The undersigned certifies that on **July 9, 2008**, she caused the foregoing **Proposed Scheduling Order** to be filed electronically and that service was accomplished pursuant to the CM/ECF for filing users and that non-participants were served as required by L.R. 5.5.

/s/ Suzanne E. Rollier

Richard R. Winter
Suzanne E. Rollier
HOLLAND & KNIGHT LLP
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600